United States District Court
Southern District of Texas
FILED

DEC 2 0 2005

Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. |
| JOSE ANGEL VILLAREAL VICTOR MANUEL VALLES-VELAZQUEZ | § § § | L-05-2731 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about July 1, 2004 until on or about October 23, 2004, in the Southern District of Texas and within the jurisdiction of the Court, **Defendants,**

**JOSE ANGEL VILLAREAL
VICTOR MANUEL VALLES-VELAZQUEZ**

did knowingly and intentionally conspire and agree with each other and with other persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a controlled substance  This offense involved a quantity in excess of 1 kilogram of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

CHUCK ROSENBERG
UNITED STATES ATTORNEY

_____
DIANA SALDAÑA
Assistant United States Attorney