IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 6 2008 3B

Michael N. Milby, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO.: L-05-cr-2731 |
| | § | |
| VICTOR MANUEL VALLES-VELAZQUEZ | § | |

## VERDICT OF THE JURY

### COUNT ONE

As to Count One, that the defendant VICTOR MANUEL VALLES-VELAZQUEZ knowingly and intentionally conspired and agreed with co-defendant Jose Angel Villareal and with other persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a controlled substance, namely a quantity in excess of 1 kilogram of heroin, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A),

WE the jury find the defendant,

_____ NOT GUILTY                    ✓ _____ GUILTY

_____
Foreperson of the Jury

\_\_\_3/26/08\_\_\_
Date