UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA          §

VS.                              CRIMINAL ACTION NO. 5:05-CR-2731-2

VICTOR MANUEL VALLES-VELAZQUEZ

**ORDER**

Defendant has filed a motion for a sentence reduction pursuant to Amendment 782

to the United States Sentencing Guidelines.   For the following reason(s), Defendant's

motion (Dkt. No. 141) is hereby **DENIED**:

- _____   Defendant's projected release date is prior to November 1, 2015.   *See*
  U.S. SENTENCING GUIDELINES MANUAL §1B1.10(e)(1).

- _____   The Amendment does not lower Defendant's guideline range because of
  a controlling statutory minimum.  *See id.* §5G1.1(b).

- _X_   The low end of Defendant's amended guideline range is equal to or
  greater than the sentence Defendant received, and Defendant did not
  receive a downward departure based on substantial assistance to the
  Government.  *See id.* §1B1.10(b)(2)(A)–(B).

- _____   The Amendment does not lower Defendant's guideline range based on
  the quantity of drugs used to calculate Defendant's original guideline
  range.

- _____   Defendant was not sentenced based on a guideline range calculated
  using the Drug Quantity Tables in §2D1.1 or §2D1.11.

- _____   The Court accepted the Government's recommendation for a two-level
  reduction in the form of a variance at the time of sentencing, pursuant to the
  Attorney General's Memorandum.

It is so **ORDERED**.

**SIGNED** this 6th day of February, 2015.

Marina Garcia Marmolejo
United States District Judge